JOSEPH S. BELICHICK (CSB No. 229371)
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for ALLIANCE HEALTH
NETWORKS, LLC, successor-in-interest to
named defendant ALLIANCE HEALTH
NETWORKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAOMI FLYNN,<br><br>                    Plaintiff,<br><br>         v.<br><br>ALLIANCE HEALTH NETWORKS, INC.,<br><br>                    Defendant. | Case No.: 2:14-CV-00220-TLN-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>District Court Judge:  Hon. Troy L. Nunley<br>Date Action Filed:  January 23, 2014 |

Pursuant to Local Rules 143 and 144, Plaintiff Naomi Flynn and Alliance Health Networks, LLC, successor-in-interest to named defendant Alliance Health Networks, Inc. ("Alliance Health"), hereby stipulate and agree as follows:

WHEREAS, on January 23, 2014, plaintiff Naomi Flynn filed her Complaint in the above-captioned action;

WHEREAS, counsel for plaintiff and counsel for defendant previously agreed to extend the deadline for defendant to answer or otherwise respond to the Complaint by 15 days, until March 14, 2014;

WHEREAS, counsel for plaintiff and counsel for defendant have agreed that, in the interests of efficiency, economy, and convenience, the deadline for defendant to answer or

otherwise respond to the Complaint should be extended by an additional 28 days, until April 11, 2014, while the parties discuss a potential resolution of this lawsuit; and

WHEREAS, this stipulation will not change or alter the date of any event or any deadline already fixed by order of the Court;

THEREFORE, plaintiff and defendant, through undersigned counsel, hereby stipulate as follows:

The time for defendant to answer or otherwise respond to the Complaint will be extended to April 11, 2014.

STIPULATED AND AGREED TO this 14th day of March, 2014.

FENWICK & WEST LLP

By: *s/ Joseph S. Belichick*
Joseph S. Belichick

Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200
Email :       jbelichick@fenwick.com

Attorneys for ALLIANCE HEALTH NETWORKS, LLC, successor-in-interest to named defendant ALLIANCE HEALTH NETWORKS, INC.

LEMBERG & ASSOCIATES, LLC

By: *s/ Tammy Hussin (as authorized 3/13/14)*
Tammy Hussin

6404 Merlin Drive
Carlsbad, CA  92011
Phone:   (855) 301-2100 x 5514
Email:   thussin@lemberglaw.com

Attorneys for Plaintiff
NAOMI FLYNN

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED THIS 14th day of March, 2014.

	*/s/ Troy L. Nunley*
	Troy L. Nunley
	United States District Judge