JOSEPH S. BELICHICK (CSB No. 229371)
jbelichick@fenwick.com
JEFFREY A. WARE (CSB No. 271603)
jware@fenwick.com
BRIAN D. BUCKLEY (appearance *pro hac vice*)
bbuckley@fenwick.com
BRADLEY T. MEISSNER (appearance *pro hac vice*)
bmeissner@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for ALLIANCE HEALTH NETWORKS,
LLC, successor-in-interest to named defendant
ALLIANCE HEALTH NETWORKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAOMI FLYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANCE HEALTH NETWORKS, INC. and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-00220-TLN-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: January 23, 2014 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Naomi Flynn and Alliance Health Networks, LLC, successor-in-interest to named defendant Alliance Health Networks, Inc., hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice and without an award of fees or costs to any party.

///

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE                                                 CASE NO: 2:14-cv-00220-TLN-DAD

STIPULATED AND AGREED TO this 3rd day of December, 2014.

FENWICK & WEST LLP


By: _s/ Bradley T. Meissner_
    Bradley T. Meissner (appearance *pro hac vice*)
    bmeissner@fenwick.com
    Brian D. Buckley (appearance *pro hac vice*)
    bbuckley@fenwick.com
    Jeffrey A. Ware
    jware@fenwick.com
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Tel: 206-389-4510
    Fax: 206-389-4511

    Joseph S. Belichick (CSB No. 229371)
    jbelichick@fenwick.com
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA  94041
    Tel: 650.988.8500
    Fax: 650.938.5200

    Attorneys for ALLIANCE HEALTH NETWORKS, LLC, successor-in-interest to named defendant ALLIANCE HEALTH NETWORKS, INC.


HUSSIN LAW FIRM


By: _s/ Tammy Hussin (as authorized by email on 12/3/14)_
    Tammy Hussin (CSB No. 155290)
    tammy@hussinlaw.com
    6404 Merlin Drive, #100
    Carlsbad, California 92011
    Tel: (877) 677-5397
    Fax: (877) 667-1547

    Attorneys for Plaintiff NAOMI FLYNN